# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Lucia Carbajal Avila,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:22-cv-00022-KDB |
| | ) | 5:20-cr-00069-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2022 Order.

June 2, 2022

Frank G. Johns, Clerk
United States District Court